UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

---

**EUGENE SCALIA**, Secretary of Labor,
United States Department of Labor,

        Plaintiff,

v.          Case No. 1:16-cv-04825

**SHIRLEY T. SHERROD**, *et al.*,      Honorable Andrea R. Wood

        Defendants.

---

## THE SECRETARY OF LABOR'S EXHIBIT LIST FOR HIS MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS SHIRLEY T. SHERROD AND DEFENDANT LEROY JOHNSON

| Exhibit No. | Description |
|---|---|
| A | Form 5500-SF – Short Form Annual Return/Report of Employee Benefit for Plan Years 2011 to 2014 |
| B | Form 5500-SF – Short Form Annual Return/Report of Employee Benefit for Plan Years 2014 to 2017 publically available at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 |
| C | Excerpt of Deposition of Shirley Sherrod on May 2, 2018 - miniprint |
| D | Excerpt of Deposition of Leroy Johnson on May 3, 2018 - miniprint |
| E | Shirley T. Sherrod, M.D., P.C. Target Benefit Pension Plan and Trust and Adopting Resolution dated April 30, 2010, effective January 1, 2009 with<br>• Adoption Agreement<br>• Mandatory Distribution Amendment (for distributions on or after March 28, 2005) dated July 15, 2008<br>• Board Resolution Adopting Amendment dated April 30, 2010 |
| F | Excerpt of Sherrod Plan Report 2011 by Sinclair |
| G | Plan Account Statement at Merrill Lynch July 2013 and first page of Plan Account Statement at Merrill Lynch for December 2010 |

| H | Plan Account Statement at Comerica, June/July 2013 |
|---|---|
| I | Plan Account Statement at Comerica, January and February 2014 |
| J | Transfer Documents to Comerica on June 20, 2013. |
| K | Plan Distribution Documents with Comerica, 2013 and 2014 |
| L | Plan Account Statement at SunTrust, February 2014 |
| M | Russell Kofoed Letter dated August 24, 2017 |
| N | Defendant Sherrod's Responses to Secretary's Interrogatories on Apr. 4, 2017 |
| O | Appointment of Plan Administrator Documents |
| P | Sherman Writ of garnishment on Sherrod's accounts at Merrill Lynch on Oct. 12, 2010. |
| Q | Garnishee Defendant's Motion to Release Freeze on Shirley T. Sherrod's Accounts dated Feb. 28, 2012 |
| | (Q, 9-10) - State "Freeze" Order on Feb. 4, 2011 |
| | (Q, 12) - State Appeal Order "Lifting Freeze" on Sherrod's assets on Oct. 28, 2011 |
| | (Q, 14-16) - Sherrod's Bond on Appeal filed on Nov. 15, 2011 |
| | (Q, 18-20) - Affidavit of Shirley T. Sherrod, signed Nov. 10, 2011 |
| | (Q, 31-32) - Sherrod's Attorney's Letter to Merrill Lynch on Feb. 14, 2012 |
| R | State Motion Hearings on Dec. 2, 2011, and April 13, 2012 |
| S | Merrill Lynch Resignation Letter on June 6, 2013. |

| | |
|---|---|
| T | Merrill Lynch Distributions from Plan on Nov. 10, 2011 |
| U | Declaration of Amanda Hodges and Summary Exhibit, under Fed.R.Evid. 1006, summarizing all distributions, withdrawals, and deposits from or to the Plan based on Plan's bank records from January 1, 2011, to December 31, 2017. |
| V | Comerica/Pershing Uncashed Check Notifications Jan. 14, 2016. |

Dated: February 27, 2020               Respectfully submitted,

**KATE S. O'SCANNLAIN**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

/s/ Bruce C. Canetti
**BRUCE C. CANETTI**
Trial Attorney

P.O. ADDRESS:
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Ste. 844        Attorneys for R. ALEXANDER ACOSTA,
Chicago, Illinois  60604                           Secretary of Labor, United States
Telephone:  (312) 353-3271                    Department of Labor, Plaintiff
Facsimile:   (312) 353-5698
canetti.bruce@dol.gov
IL Reg. #:  6285867