| Form 5500-SF<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | **Short Form Annual Return/Report of Small Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA), and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500-SF. | OMB Nos. 1210-0110<br>1210-0089<br>**2015**<br>This Form is Open to Public Inspection |
|---|---|---|

## Part I — Annual Report Identification Information

For calendar plan year 2015 or fiscal plan year beginning **01/01/2015** and ending **12/31/2015**

**A** This return/report is for:
- [X] a single-employer plan
- [ ] a multiple-employer plan (not multiemployer) (Filers checking this box must attach a list of participating employer information in accordance with the form instructions)
- [ ] a one-participant plan
- [ ] a foreign plan

**B** This return/report is:
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** Check box if filing under:
- [X] Form 5558
- [ ] automatic extension
- [ ] DFVC program
- [ ] special extension (enter description)

## Part II — Basic Plan Information — enter all requested information

**1a** Name of plan: SHIRLEY T SHERROD MD PC TARGET BENEFIT PENSION PLAN

**1b** Three-digit plan number (PN) ▶ 002

**1c** Effective date of plan: 01/01/1987

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

SHIRLEY T. SHERROD, M.D., P.C.
SAME
DR SHERROD
PO BOX 515
SOUTHFIELD, MI 48037-0515

P O BOX 515
SOUTHFIELD, MI 48037

**2b** Employer Identification Number (EIN): 38-2174656

**2c** Sponsor's telephone number: 248-341-5100

**2d** Business code (see instructions): 621111

**3a** Plan administrator's name and address [ ] Same as Plan Sponsor.
L J CONSLTANTS
SAME
1146 S WAUKEGAN RD
WAUKEGAN, IL 60085-6731

**3b** Administrator's EIN: 38-2171344

**3c** Administrator's telephone number: 248-872-7172

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN, and the plan number from the last return/report.
**a** Sponsor's name

**4b** EIN
**4c** PN

| | | |
|---|---|---|
| **5a** Total number of participants at the beginning of the plan year | 5a | 17 |
| **b** Total number of participants at the end of the plan year | 5b | 17 |
| **c** Number of participants with account balances as of the end of the plan year (defined benefit plans do not complete this item) | 5c | 17 |
| **d(1)** Total number of active participants at the beginning of the plan year | 5d(1) | 17 |
| **d(2)** Total number of active participants at the end of the plan year | 5d(2) | 17 |
| **e** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | 5e | 0 |

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including, if applicable, a Schedule SB or Schedule MB completed and signed by an enrolled actuary, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/14/2016 | LEROY JOHNSON |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |

Preparer's name (including firm name, if applicable) and address (include room or suite number)
M.S ASSOC

200 S MICHIGAN AVE
CHICAGO, IL 60602

Preparer's telephone number

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500-SF.

**EXHIBIT B**

Form 5500-SF (2015)
v. 150123

Form 5500-SF 2015     Page **2**

| | | | |
|---|---|---|---|
| 6a | Were all of the plan's assets during the plan year invested in eligible assets? (See instructions.) | | ☒ Yes ☐ No |
| b | Are you claiming a waiver of the annual examination and report of an independent qualified public accountant (IQPA) under 29 CFR 2520.104-46? (See instructions on waiver eligibility and conditions.) | | ☒ Yes ☐ No |
| | **If you answered "No" to either line 6a or line 6b, the plan cannot use Form 5500-SF and must instead use Form 5500.** | | |
| c | If the plan is a defined benefit plan, is it covered under the PBGC insurance program (see ERISA section 4021)? | | ☐ Yes ☒ No ☐ Not determined |

**Part III  Financial Information**

| 7 | Plan Assets and Liabilities | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| a | Total plan assets | 7a | 1762150 | 1647070 |
| b | Total plan liabilities | 7b | | |
| c | Net plan assets (subtract line 7b from line 7a) | 7c | 1762150 | 1647070 |

| 8 | Income, Expenses, and Transfers for this Plan Year | | (a) Amount | (b) Total |
|---|---|---|---|---|
| a | Contributions received or receivable from: | | | |
| | (1) Employers | 8a(1) | 0 | |
| | (2) Participants | 8a(2) | 0 | |
| | (3) Others (including rollovers) | 8a(3) | 0 | |
| b | Other income (loss) | 8b | -16080 | |
| c | Total income (add lines 8a(1), 8a(2), 8a(3), and 8b) | 8c | | -16080 |
| d | Benefits paid (including direct rollovers and insurance premiums to provide benefits) | 8d | 59000 | |
| e | Certain deemed and/or corrective distributions (see instructions) | 8e | 0 | |
| f | Administrative service providers (salaries, fees, commissions) | 8f | 32000 | |
| g | Other expenses | 8g | 8000 | |
| h | Total expenses (add lines 8d, 8e, 8f, and 8g) | 8h | | 99000 |
| i | Net income (loss) (subtract line 8h from line 8c) | 8i | | -115080 |
| j | Transfers to (from) the plan (see instructions) | 8j | | |

**Part IV  Plan Characteristics**

| 9a | If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions: 2B |
|---|---|
| B | If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions: |

**Part V  Compliance Questions**

| 10 | During the plan year: | | Yes | No | N/A | Amount |
|---|---|---|---|---|---|---|
| a | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? (See instructions and DOL's Voluntary Fiduciary Correction Program) | 10a | | X | | |
| b | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 10a.) | 10b | | X | | |
| c | Was the plan covered by a fidelity bond? | 10c | | X | | |
| d | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | 10d | | X | | |
| e | Were any fees or commissions paid to any brokers, agents, or other persons by an insurance carrier, insurance service, or other organization that provides some or all of the benefits under the plan? (See instructions.) | 10e | | X | | |
| f | Has the plan failed to provide any benefit when due under the plan? | 10f | | X | | |
| g | Did the plan have any participant loans? (If "Yes," enter amount as of year end.) | 10g | | X | | |
| h | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.) | 10h | | X | | |
| i | If 10h was answered "Yes," check the box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3 | 10i | | | | |
| j | Did the plan trust incur unrelated business taxable income? | 10j | | X | | |

**Part VI  Pension Funding Compliance**

| 11 | Is this a defined benefit plan subject to minimum funding requirements? (If "Yes," see instructions and complete Schedule SB (Form 5500) and line 11a below). | | ☐ Yes ☒ No |
|---|---|---|---|
| 11a | Enter the unpaid minimum required contribution for all years from Schedule SB (Form 5500) line 40 | 11a | |
| 12 | Is this a defined contribution plan subject to the minimum funding requirements of section 412 of the Code or section 302 of ERISA? | | ☐ Yes ☒ No |

Form 5500-SF 2015      Page 3 - [1]

(If "Yes," complete line 12a or lines 12b, 12c, 12d, and 12e below, as applicable.)

**a** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions, and enter the date of the letter ruling granting the waiver. ............................................................................................ Month _____ Day _____ Year _____

**If you completed line 12a, complete lines 3, 9, and 10 of Schedule MB (Form 5500), and skip to line 13.**

**b** Enter the minimum required contribution for this plan year .................................................... **12b**

**c** Enter the amount contributed by the employer to the plan for this plan year ............................ **12c**

**d** Subtract the amount in line 12c from the amount in line 12b. Enter the result (enter a minus sign to the left of a negative amount) .................................................... **12d**

**e** Will the minimum funding amount reported on line 12d be met by the funding deadline? ............ ☐ Yes   ☐ No   ☐ N/A

### Part VII — Plan Terminations and Transfers of Assets

**13a** Has a resolution to terminate the plan been adopted in any plan year? .................................. ☐ Yes   ☒ No

If "Yes," enter the amount of any plan assets that reverted to the employer this year ............... **13a**

**b** Were all the plan assets distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? .................................................... ☐ Yes   ☒ No

**c** If during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| 13c(1) Name of plan(s): | 13c(2) EIN(s) | 13c(3) PN(s) |
|---|---|---|
|  |  |  |

### Part VIII — Trust Information

**14a** Name of trust

**14b** Trust's EIN

**14c** Name of trustee or custodian

**14d** Trustee's or custodian's telephone number

### Part IX — IRS Compliance Questions

**15a** Is the plan a 401(k) plan? .................................................... ☐ Yes   ☒ No

**15b** If "Yes," how does the 401(k) plan satisfy the nondiscrimination requirements for employee deferrals and employer matching contributions (as applicable) under sections 401(k)(3) and 401(m)(2)? ................... ☐ Design-based safe harbor method   ☐ ADP/ACP test

**15c** If the ADP/ACP test is used, did the 401(k) plan perform ADP/ACP testing for the plan year using the "current year testing method" for nonhighly compensated employees (Treas. Reg sections 1.401(k)-2(a)(2)(ii) and 1.401(m)-2(a)(2)(ii))? ................................... ☐ Yes   ☐ No

**16a** Check the box to indicate the method used by the plan to satisfy the coverage requirements under section 410(b): ........ ☐ Ratio percentage test   ☐ Average benefit test

**16b** Does the plan satisfy the coverage and nondiscrimination tests of sections 410(b) and 401(a)(4) by combining this plan with any other plans under the permissive aggregation rules? ........................... ☐ Yes   ☐ No

**17a** Has the plan been timely amended for all required tax law changes? ............................ ☒ Yes   ☐ No   ☐ N/A

**17b** Date the last plan amendment/restatement for the required tax law changes was adopted ___/___/___. Enter the applicable code ____ (See instructions for tax law changes and codes).

**17c** If the plan sponsor is an adopter of a pre-approved master and prototype (M&P) or volume submitter plan that is subject to a favorable IRS opinion or advisory letter, enter the date of that favorable letter ___/___/___ and the letter's serial number _____.

**17d** If the plan is an individually-designed plan and received a favorable determination letter from the IRS, enter the date of the plan's last favorable determination letter ___/___/___.

**18** Is the Plan maintained in a U.S. territory (i.e., Puerto Rico (if no election under ERISA section 1022(i)(2) has been made), American Samoa, Guam, the Commonwealth of the Northern Mariana Islands or the U.S. Virgin Islands)? ........ ☐ Yes   ☒ No

**19** Were in-service distributions made during the plan year? ................................... ☐ Yes   ☒ No

If "Yes," enter amount .................................................... **19**

**20** Were required minimum distributions made to 5% owners who have attained age 70 ½ (regardless of whether or not retired), as required under section 401(a)(9)? ................................... ☐ Yes   ☐ No   ☒ N/A

| Form 5500-SF<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | **Short Form Annual Return/Report of Small Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA), and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500-SF. | OMB Nos. 1210-0110<br>1210-0089<br>**2016**<br>This Form is Open to Public Inspection |

### Part I — Annual Report Identification Information

For calendar plan year 2016 or fiscal plan year beginning **01/01/2016** and ending **12/31/2016**

**A** This return/report is for:
- [X] a single-employer plan
- [ ] a multiple-employer plan (not multiemployer) (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [ ] a one-participant plan
- [ ] a foreign plan

**B** This return/report is:
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** Check box if filing under:
- [X] Form 5558
- [ ] automatic extension
- [ ] DFVC program
- [ ] special extension (enter description)

### Part II — Basic Plan Information—enter all requested information

**1a** Name of plan: TARGET BENEFIT PENSION PLAN-SHIRLEY T SHERROD MD PC

**1b** Three-digit plan number (PN) ▶ 002

**1c** Effective date of plan: 01/01/1987

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

SHIRLEY T SHERROD MD PC

PO BOX 2423
CHICAGO, IL 60690-2423

PO BOX 2423
CHICAGO, IL 60690-2423

**2b** Employer Identification Number (EIN): 38-2164756

**2c** Sponsor's telephone number: 248-872-7172

**2d** Business code (see instructions): 621111

**3a** Plan administrator's name and address [ ] Same as Plan Sponsor.
LJ CONSULTANTS
1146 S WAUKEGAN RD
WAUKEGAN, IL 60085-6731

**3b** Administrator's EIN: 38-2171344

**3c** Administrator's telephone number: 248-872-7172

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN, and the plan number from the last return/report.
**a** Sponsor's name

**4b** EIN
**4c** PN

| | | |
|---|---|---|
| 5a Total number of participants at the beginning of the plan year | 5a | 17 |
| b Total number of participants at the end of the plan year | 5b | 17 |
| c Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | 5c | 17 |
| d(1) Total number of active participants at the beginning of the plan year | 5d(1) | 0 |
| d(2) Total number of active participants at the end of the plan year | 5d(2) | 0 |
| e Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | 5e | 0 |

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including, if applicable, a Schedule SB or Schedule MB completed and signed by an enrolled actuary, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/14/2017 | LEROY JOHNSON |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |

Preparer's name (including firm name, if applicable) and address (include room or suite number)

Preparer's telephone number

For Paperwork Reduction Act Notice, see the Instructions for Form 5500-SF.

Form 5500-SF (2016)
v. 160927

Form 5500-SF 2016         Page **2**

| | | | Yes | No |
|---|---|---|:---:|:---:|
| 6a | Were all of the plan's assets during the plan year invested in eligible assets? (See instructions.) | | X | |
| b | Are you claiming a waiver of the annual examination and report of an independent qualified public accountant (IQPA) under 29 CFR 2520.104-46? (See instructions on waiver eligibility and conditions.) | | X | |

If you answered "No" to either line 6a or line 6b, the plan cannot use Form 5500-SF and must instead use Form 5500.

c    If the plan is a defined benefit plan, is it covered under the PBGC insurance program (see ERISA section 4021)? ......  ☐ Yes   ☐ No   ☐ Not determined

### Part III    Financial Information

| 7 | Plan Assets and Liabilities | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| a | Total plan assets............................................... | 7a | 1647070 | 1557640 |
| b | Total plan liabilities.......................................... | 7b | | |
| c | Net plan assets (subtract line 7b from line 7a)............... | 7c | 1647070 | 1557640 |

| 8 | Income, Expenses, and Transfers for this Plan Year | | (a) Amount | (b) Total |
|---|---|---|---|---|
| a | Contributions received or receivable from: | | | |
| | (1) Employers............................................... | 8a(1) | | |
| | (2) Participants............................................. | 8a(2) | | |
| | (3) Others (including rollovers)......................... | 8a(3) | | |
| b | Other income (loss)......................................... | 8b | 107042 | |
| c | Total income (add lines 8a(1), 8a(2), 8a(3), and 8b)........ | 8c | | 107042 |
| d | Benefits paid (including direct rollovers and insurance premiums to provide benefits)........................... | 8d | 62550 | |
| e | Certain deemed and/or corrective distributions (see instructions). | 8e | | |
| f | Administrative service providers (salaries, fees, commissions)..... | 8f | 133922 | |
| g | Other expenses............................................ | 8g | | |
| h | Total expenses (add lines 8d, 8e, 8f, and 8g)............. | 8h | | 196472 |
| i | Net income (loss) (subtract line 8h from line 8c)........... | 8i | | -89430 |
| j | Transfers to (from) the plan (see instructions)............. | 8j | | |

### Part IV    Plan Characteristics

9a   If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:
2B

b   If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:

### Part V    Compliance Questions

| 10 | During the plan year: | | Yes | No | N/A | Amount |
|---|---|---|:---:|:---:|:---:|---|
| a | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? (See instructions and DOL's Voluntary Fiduciary Correction Program) | 10a | | X | | |
| b | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 10a.) | 10b | | X | | |
| c | Was the plan covered by a fidelity bond? | 10c | | X | | |
| d | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | 10d | | X | | |
| e | Were any fees or commissions paid to any brokers, agents, or other persons by an insurance carrier, insurance service, or other organization that provides some or all of the benefits under the plan? (See instructions.) | 10e | | X | | |
| f | Has the plan failed to provide any benefit when due under the plan? | 10f | | X | | |
| g | Did the plan have any participant loans? (If "Yes," enter amount as of year-end.) | 10g | | X | | |
| h | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.) | 10h | | X | | |
| i | If 10h was answered "Yes," check the box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3 | 10i | | | | |

Form 5500-SF 2016        Page **3-** 1

## Part VI — Pension Funding Compliance

**11** Is this a defined benefit plan subject to minimum funding requirements? (If "Yes," see instructions and complete Schedule SB (Form 5500) and line 11a below) ............................................................................ ☐ Yes ☐ No

**11a** Enter the unpaid minimum required contributions for all years from Schedule SB (Form 5500) line 40 .............. **11a**

**12** Is this a defined contribution plan subject to the minimum funding requirements of section 412 of the Code or section 302 of ERISA? ............................................................................ ☐ Yes ☒ No
(If "Yes," complete line 12a or lines 12b, 12c, 12d, and 12e below, as applicable.)

**a** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions, and enter the date of the letter ruling granting the waiver. ............................................................ Month _____ Day _____ Year _____

If you completed line 12a, complete lines 3, 9, and 10 of Schedule MB (Form 5500), and skip to line 13.

**b** Enter the minimum required contribution for this plan year ........................................... **12b**

**c** Enter the amount contributed by the employer to the plan for this plan year ...................... **12c**

**d** Subtract the amount in line 12c from the amount in line 12b. Enter the result (enter a minus sign to the left of a negative amount) ................................................................... **12d**

**e** Will the minimum funding amount reported on line 12d be met by the funding deadline? .............. ☐ Yes ☐ No ☐ N/A

## Part VII — Plan Terminations and Transfers of Assets

**13a** Has a resolution to terminate the plan been adopted in any plan year? .......................... ☐ Yes ☒ No

If "Yes," enter the amount of any plan assets that reverted to the employer this year ............ **13a**

**b** Were all the plan assets distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ............................................................. ☐ Yes ☒ No

**c** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| 13c(1) Name of plan(s): | 13c(2) EIN(s) | 13c(3) PN(s) |
|---|---|---|
|  |  |  |

## Part VIII — Trust Information

**14a** Name of trust

**14b** Trust's EIN

**14c** Name of trustee or custodian

**14d** Trustee's or custodian's telephone number

## Part IX — IRS Compliance Questions

**15a** Is the plan a 401(k) plan? If "No," skip b ................................ ☐ Yes ☒ No

**15b** How did the plan satisfy the nondiscrimination requirements for employee deferrals under section 401(k)(3) for the plan year? Check all that apply: ☐ Design-based safe harbor ☐ "Prior year" ADP test ☐ "Current year" ADP test ☐ N/A

**16a** What testing method was used to satisfy the coverage requirements under section 410(b) for the plan year? Check all that apply: ☐ Ratio percentage test ☐ Average benefit test ☒ N/A

**16b** Did the plan satisfy the coverage and nondiscrimination requirements of sections 410(b) and 401(a)(4) for the plan year by combining this plan with any other plan under the permissive aggregation rules? ........... ☒ Yes ☐ No

**17a** If the plan is a master and prototype plan (M&P) or volume submitter plan that received a favorable IRS opinion letter or advisory letter, enter the date of the letter ____/____/____ and the serial number _____.

**17b** If the plan is an individually-designed plan that received a favorable determination letter from the IRS, enter the date of the most recent determination letter ____/____/____.

**18** Defined Benefit Plan or Money Purchase Pension Plan Only:
Were any distributions made during the plan year to an employee who attained age 62 and had not separated from service? ........................................................... ☐ Yes ☐ No

**19** Was any plan participant a 5% owner who had attained at least age 70 ½ during the prior plan year? ........... ☐ Yes ☒ No

| Form 5500-SF<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | Short Form Annual Return/Report of Small Employee Benefit Plan<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA), and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500-SF. | OMB Nos. 1210-0110<br>1210-0089<br>**2017**<br>This Form is Open to Public Inspection |

## Part I — Annual Report Identification Information

For calendar plan year 2017 or fiscal plan year beginning 01/01/2017 and ending 12/31/2017

**A** This return/report is for:
- [X] a single-employer plan
- [ ] a multiple-employer plan (not multiemployer) (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [ ] a one-participant plan
- [ ] a foreign plan

**B** This return/report is:
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** Check box if filing under:
- [X] Form 5558
- [ ] automatic extension
- [ ] DFVC program
- [ ] special extension (enter description)

## Part II — Basic Plan Information—enter all requested information

**1a** Name of plan
SHIRLEY T. SHERROD, M.D., P.C. TARGET BENEFIT PENSION PLAN

**1b** Three-digit plan number (PN) ▶ 002

**1c** Effective date of plan 01/01/1987

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)
SHIRLEY T. SHERROD, M.D., P.C.

P.O. BOX 2423
CHICAGO, IL 606902423

**2b** Employer Identification Number (EIN) 38-2164756

**2c** Sponsor's telephone number (248)872-7172

**2d** Business code (see instructions) 621111

**3a** Plan administrator's name and address [ ] Same as Plan Sponsor.
LJ CONSULTING SERVICES, LLC
1146 S WAUKEGAN RD, STE 278
WAUKEGAN, IL 60085

**3b** Administrator's EIN 38-2171344

**3c** Administrator's telephone number (248)872-7172

**4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report.
**a** Sponsor's name SHIRLEY T SHERROD MD PC
**c** Plan Name TARGET BENEFIT PENSION PLAN-SHIRLEY T SHERROD MD PC

**4b** EIN 38-2164756
**4d** PN 002

| | | |
|---|---|---|
| **5a** Total number of participants at the beginning of the plan year | **5a** | 17 |
| **b** Total number of participants at the end of the plan year | **5b** | 4 |
| **c** Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **5c** | 4 |
| **d(1)** Total number of active participants at the beginning of the plan year | **5d(1)** | 1 |
| **d(2)** Total number of active participants at the end of the plan year | **5d(2)** | 1 |
| **e** Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested | **5e** | 0 |

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including, if applicable, a Schedule SB or Schedule MB completed and signed by an enrolled actuary, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
|---|---|---|---|
| SIGN HERE | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500-SF.

Form 5500-SF (2017)
v.170203

Form 5500-SF 2017      Page **2**

| | | | | |
|---|---|---|---|---|
| 6a | Were all of the plan's assets during the plan year invested in eligible assets? (See instructions.) | | | ☒ Yes ☐ No |
| b | Are you claiming a waiver of the annual examination and report of an independent qualified public accountant (IQPA) under 29 CFR 2520.104-46? (See instructions on waiver eligibility and conditions.) | | | ☒ Yes ☐ No |
| | If you answered "No" to either line 6a or line 6b, the plan cannot use Form 5500-SF and must instead use Form 5500. | | | |
| c | If the plan is a defined benefit plan, is it covered under the PBGC insurance program (see ERISA section 4021)? ☐ Yes ☐ No ☐ Not determined | | | |
| | If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year _____. (See instructions.) | | | |

### Part III — Financial Information

| 7 | Plan Assets and Liabilities | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| a | Total plan assets | 7a | 1,557,640 | 1,656,751 |
| b | Total plan liabilities | 7b | 0 | 8,076 |
| c | Net plan assets (subtract line 7b from line 7a) | 7c | 1,557,640 | 1,648,675 |

| 8 | Income, Expenses, and Transfers for this Plan Year | | (a) Amount | (b) Total |
|---|---|---|---|---|
| a | Contributions received or receivable from: | | | |
| | (1) Employers | 8a(1) | 0 | |
| | (2) Participants | 8a(2) | 0 | |
| | (3) Others (including rollovers) | 8a(3) | 0 | |
| b | Other income (loss) | 8b | 273,112 | |
| c | Total income (add lines 8a(1), 8a(2), 8a(3), and 8b) | 8c | | 273,112 |
| d | Benefits paid (including direct rollovers and insurance premiums to provide benefits) | 8d | 135,187 | |
| e | Certain deemed and/or corrective distributions (see instructions) | 8e | 0 | |
| f | Administrative service providers (salaries, fees, commissions) | 8f | 46,890 | |
| g | Other expenses | 8g | 0 | |
| h | Total expenses (add lines 8d, 8e, 8f, and 8g) | 8h | | 182,077 |
| i | Net income (loss) (subtract line 8h from line 8c) | 8i | | 91,035 |
| j | Transfers to (from) the plan (see instructions) | 8j | 0 | |

### Part IV — Plan Characteristics

9a If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:
     2B

b If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:

### Part V — Compliance Questions

| 10 | During the plan year: | | Yes | No | Amount |
|---|---|---|---|---|---|
| a | Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? (See instructions and DOL's Voluntary Fiduciary Correction Program) | 10a | | X | |
| b | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 10a.) | 10b | | X | |
| c | Was the plan covered by a fidelity bond? | 10c | | X | |
| d | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? | 10d | | X | |
| e | Were any fees or commissions paid to any brokers, agents, or other persons by an insurance carrier, insurance service, or other organization that provides some or all of the benefits under the plan? (See instructions.) | 10e | | X | |
| f | Has the plan failed to provide any benefit when due under the plan? | 10f | | X | |
| g | Did the plan have any participant loans? (If "Yes," enter amount as of year-end.) | 10g | | X | |
| h | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.) | 10h | | X | |
| i | If 10h was answered "Yes," check the box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3 | 10i | | | |

Form 5500-SF 2017                                                                                           Page **3-** ☐

| Part VI | **Pension Funding Compliance** | | |
|---|---|---|---|
| 11 | Is this a defined benefit plan subject to minimum funding requirements? (If "Yes," see instructions and complete Schedule SB (Form 5500) and line 11a below) .................................................................................................................. | | ☐ Yes ☐ No |
| 11a | Enter the unpaid minimum required contributions for all years from Schedule SB (Form 5500) line 40 ........ | **11a** | |
| 12 | Is this a defined contribution plan subject to the minimum funding requirements of section 412 of the Code or section 302 of ERISA? .................................................................................................................................. (If "Yes," complete line 12a or lines 12b, 12c, 12d, and 12e below, as applicable.) | | ☐ Yes ☒ No |
| a | If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions, and enter the date of the letter ruling granting the waiver. ....................................................................................................... Month     Day     Year | | |
| | **If you completed line 12a, complete lines 3, 9, and 10 of Schedule MB (Form 5500), and skip to line 13.** | | |
| b | Enter the minimum required contribution for this plan year ............................................................ | **12b** | |
| c | Enter the amount contributed by the employer to the plan for this plan year ................................. | **12c** | |
| d | Subtract the amount in line 12c from the amount in line 12b. Enter the result (enter a minus sign to the left of a negative amount) ........................................................................................................... | **12d** | |
| e | Will the minimum funding amount reported on line 12d be met by the funding deadline? .......................... | | ☐ Yes ☐ No ☐ N/A |
| **Part VII** | **Plan Terminations and Transfers of Assets** | | |
| 13a | Has a resolution to terminate the plan been adopted in any plan year? ....................................................... | | ☐ Yes ☒ No |
| | If "Yes," enter the amount of any plan assets that reverted to the employer this year ............................... | **13a** | |
| b | Were all the plan assets distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ...................................................................................................... | | ☐ Yes ☒ No |
| c | If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.) | | |
| | **13c(1)** Name of plan(s): | **13c(2)** EIN(s) | **13c(3)** PN(s) |
| | | | |