UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

EUGENE SCALIA, Secretary of Labor, )
United States Department of Labor, )
                                                                         )
                Plaintiff, )
v. ) Case No. 1:16-cv-04825
                                                                           )
SHIRLEY T. SHERROD, *et al.*, ) Hon. Andrea R. Wood
                                                                            )
                Defendants. )

## DECLARATION OF AMANDA HODGES IN SUPPORT OF SECRETARY'S MOTIONS FOR SUMMARY JUDGMENT AGAINST DEFENDANTS SHIRLEY T. SHERROD AND LEROY JOHNSON

I, Amanda Hodges, declare as follows:

1. I am, and at all times hereafter mentioned have been, an Investigator employed by the Cincinnati Regional Office of the Employee Benefits Security Administration, U.S. Department of Labor ("EBSA"), located at 1885 Dixie Hwy, Ste. 210, Ft. Wright, KY 41011.

2. In the course of my duties, I was assigned as the investigator for the Shirley T. Sherrod M.D. P.C. Target Pension Plan ("Plan").

3. Based on Plan bank records, I calculated the following:

    A. During the period from November 1, 2011 to December 31, 2017, a total amount of $760,832.50 was paid directly to Sherrod through 114 checks written to Sherrod, of which four checks totaling $40,000 were not cashed and not re-deposited in the Plan account. In addition, $253,000 was used to pay a bond in her name in the State Court of Michigan; $4,000 was paid through two checks to Sherrod's Attorney, Mr. Conger; $12,603.88 was removed from the Plan in the form of one check in the name of a

**EXHIBIT U**

        participant, Ms. Riggleman, that was not cashed and not re-deposited in the Plan account; and $3,150.97 was paid in the form of one check to the IRS connected with the check to Ms. Riggleman that was never cashed. Exh. 1.

B.    I reviewed the Plan's Annual Report Forms 5500, and credited as distributions the amounts claimed therein. Distributions totaling $178,550 were reported on the Annual Report Form 5500 for the 2011 through 2016 Plan years, of which, all was paid to or used for the benefit of Sherrod. Distributions totaling $135,187 were reported on the Annual Report Form 5500 for the 2017 Plan year, of which, $66,369.99 appears to have been paid directly or indirectly to participants and beneficiaries and $68,817 was paid directly to or used for the benefit of Sherrod. Exh. 1.

C.    In total, $786,220 was calculated as paid to or used for the benefit of Sherrod and not accounted for as distributions to Sherrod. Exh. 1.

D.    During the period of January 1, 2014 to December 31, 2017, there were no deposits into the Plan account.

E.    For the period January 1, 2011 through December 31, 2017, estimated losses to participants and beneficiaries totaled $107,629.45 and were determined by allocating actual distributions, gains, and losses to the associated Plan participants and beneficiaries.

2

4. Lost opportunity costs were computed from January 1, 2018 through December 31, 2020, using Internal Revenue Code 6621 interest rates for the period of January 1, 2018 to March 31, 2020. The total estimated loss opportunity costs is $17,728.94. Exh. 2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: This 21 day of February 2020.

*Amanda Hodges*
**AMANDA HODGES**
EBSA Investigator

3

| Check No. | Date | Amount | Exhibit |
|---|---|---|---|
| **2011 Activity** | | | |
| Wire | 11/10/2011 | $ 3,000.00 | DOL002070 |
| Wire | 11/10/2011 | $ 250,000.00 | DOL002069 |
| **Total** | | **$ 253,000.00** | |
| AR 5500 Benefits Paid | | $ - | |
| Loss | | $ 253,000.00 | |
| | | | |
| **2013 Activity** | | | |
| 4014562564 | 7/16/2013 | $ 18,000.00 | DOL004391 |
| 4014562562 | 7/16/2013 | $ 32,000.00 | DOL004396 |
| 4015447616 | 12/24/2013 | $ 12,603.88 | DOL002301 and DOL001601 |
| 4015447618 | 12/24/2013 | $ 3,150.97 | DOL002301 and DOL001601 |
| **Total** | | **$ 65,754.85** | |
| AR 5500 Benefits Paid | | $ - | |
| Loss | | $ 65,754.85 | |
| | | | |
| **2014 Activity** | | | |
| 4015600963 | 1/22/2014 | $ 10,000.00 | DOL004392 |
| 4015600977 | 1/22/2014 | $ 10,000.00 | DOL004393 |
| 4015600959 | 1/22/2014 | $ 10,000.00 | DOL004394 |
| 4015600972 | 1/22/2014 | $ 10,000.00 | DOL004395 |
| 4015600951 | 1/22/2014 | $ 10,000.00 | DOL004397 |
| 4015704911 | 2/11/2014 | $ 10,000.00 | DOL002298,DOL004398 and DOL002312 |
| 4015705847 | 2/11/2014 | $ 10,000.00 | DOL002298,DOL004398 and DOL002312 |
| 4015705854 | 2/11/2014 | $ 10,000.00 | DOL002298,DOL004398 and DOL002312 |
| 4015705858 | 2/11/2014 | $ 10,000.00 | DOL002298,DOL004398 and DOL002312 |
| 202927383 | 3/4/2014 | $ 57,405.00 | DOL2374 and DOL2375 |
| 202927402 | 3/4/2014 | $ 5,000.00 | DOL2376 and DOL2377 |
| 202927403 | 3/4/2014 | $ 5,000.00 | DOL2378 and DOL2379 |
| 202927404 | 3/4/2014 | $ 5,000.00 | DOL2380 and DOL2381 |
| 202927407 | 3/4/2014 | $ 3,000.00 | DOL2382 and DOL2383 |
| 202927408 | 3/4/2014 | $ 3,000.00 | DOL2384 and DOL2385 |
| 324972964 | 4/15/2014 | $ 5,000.00 | DOL2386 and DOL2387 |
| 324972965 | 4/15/2014 | $ 5,000.00 | DOL2388 and DOL2389 |
| 324972966 | 4/15/2014 | $ 5,000.00 | DOL2390 and DOL2391 |
| 324972969 | 4/15/2014 | $ 5,000.00 | DOL2392 and DOL2393 |
| 324972972 | 4/15/2014 | $ 5,000.00 | DOL2396 and DOL2397 |
| 324972975 | 4/15/2014 | $ 2,000.00 | DOL2398 and DOL2399 |
| 202940360 | 4/28/2014 | $ 5,000.00 | DOL2400 and DOL2401 |
| 202940361 | 4/28/2014 | $ 5,000.00 | DOL2402 and DOL2403 |
| 202940362 | 4/28/2014 | $ 5,000.00 | DOL2404 and DOL2405 |
| 202940365 | 4/28/2014 | $ 2,000.00 | DOL2406 and DOL2407 |
| 325019689 | 5/27/2014 | $ 10,000.00 | DOL2408 and DOL2409 |
| 325019690 | 5/27/2014 | $ 10,000.00 | DOL2410 and DOL2411 |
| 325019691 | 5/27/2014 | $ 10,000.00 | DOL2412 and DOL2413 |
| 325019692 | 5/27/2014 | $ 10,000.00 | DOL2414 and DOL2415 |
| 325019693 | 5/27/2014 | $ 10,000.00 | DOL2416 and DOL2417 |
| 325047634 | 6/17/2014 | $ 1,000.00 | DOL2418 and DOL2419 |
| 325097478 | 7/28/2014 | $ 5,000.00 | DOL2420 and DOL2421 |
| 202970019 | 9/23/2014 | $ 5,500.00 | DOL2422 and DOL2423 |
| 202976268 | 10/27/2014 | $ 4,000.00 | DOL2424 and DOL2425 |
| 202976270 | 10/27/2014 | $ 3,000.00 | DOL2426 and DOL2427 |
| 202981350 | 11/24/2014 | $ 5,000.00 | DOL2428 and DOL2429 |
| 202981351 | 11/24/2014 | $ 5,000.00 | DOL2430 and DOL2431 |
| **Total** | | **$ 290,905.00** | |
| AR 5500 Benefits Paid | | $ 57,000.00 | |
| Loss | | $ 233,905.00 | |

EXHIBIT 1

**2015 Activity**

| Reference | Date | Amount | Notes |
|---|---|---|---|
| 202989558 | 1/5/2015 | $ 5,000.00 | DOL2432 and DOL2433 |
| 202989559 | 1/5/2015 | $ 5,000.00 | DOL2434 and DOL2435 |
| 202989560 | 1/5/2015 | $ 4,440.00 | DOL2436 and DOL2437 |
| 202995568 | 2/5/2015 | $ 5,000.00 | DOL2438 and DOL2439 |
| 202995569 | 2/5/2015 | $ 5,000.00 | DOL2440 and DOL2441 |
| 202995570 | 2/5/2015 | $ 4,440.00 | DOL2442 and DOL2443 |
| 204003666 | 3/2/2015 | $ 5,000.00 | DOL2444 and DOL2445 |
| 204003667 | 3/2/2015 | $ 4,000.00 | DOL2446 and DOL2447 |
| 204010400 | 4/6/2015 | $ 5,000.00 | DOL2448 and DOL2449 |
| 204010405 | 4/6/2015 | $ 4,444.00 | DOL2450 and DOL2451 |
| 325460857 | 4/22/2015 | $ 4,444.00 | DOL2452 and DOL2453 |
| 325460863 | 4/22/2015 | $ 5,000.00 | DOL2454 and DOL2455 |
| 204022191 | 6/1/2015 | $ 5,000.00 | DOL2456 and DOL2457 |
| 204022195 | 6/1/2015 | $ 2,700.00 | DOL2458 and DOL2459 |
| 204028163 | 7/1/2015 | $ 5,000.00 | DOL2460 and DOL2461 |
| 204028164 | 7/1/2015 | $ 4,444.00 | DOL2462 and DOL2463 |
| 204034983 | 8/10/2015 | $ 4,444.00 | SUN. 12.9.16000354 |
| 204034982 | 8/10/2015 | $ 4,444.00 | SUN. 12.9.16000353 |
| 204036871 | 8/19/2015 | $ 4,444.00 | SUN. 12.9.16000352 |
| 204036870 | 8/19/2015 | $ 4,444.00 | SUN. 12.9.16000351 |
| 204046558 | 10/8/2015 | $ 5,000.00 | SUN. 12.9.16000350 |
| 204046560 | 10/8/2015 | $ 4,444.00 | SUN. 12.9.16000349 |
| 325694796 | 10/21/2015 | $ 5,000.00 | SUN. 12.9.16000348 |
| 325694789 | 10/21/2015 | $ 4,444.00 | SUN. 12.9.16000347 |
| 204056886 | 11/30/2015 | $ 5,000.00 | SUN. 12.9.16000357 |
| 204056951 | 11/30/2015 | $ 4,440.00 | SUN. 12.9.16000356 |
| **Total** | | **$ 120,016.00** | |
| **AR 5500 Benefits Paid** | | **$ 59,000.00** | |
| **Loss** | | **$ 61,016.00** | |

**2016 Activity**

| Reference | Date | Amount | Notes |
|---|---|---|---|
| 204066612 | 1/6/2016 | $ 4,444.00 | SUN. 12.9.16000364 |
| 204066611 | 1/6/2016 | $ 4,444.00 | SUN. 12.9.16000363 |
| 325852290 | 2/1/2016 | $ 5,000.00 | SUN. 12.9.16000362 |
| 325852289 | 2/1/2016 | $ 4,444.00 | SUN. 12.9.16000361 |
| 204076342 | 2/22/2016 | $ 5,000.00 | SUN. 12.9.16000360 |
| 204076205 | 2/22/2016 | $ 4,444.00 | SUN. 12.9.16000359 |
| 204085476 | 4/4/2016 | $ 5,000.00 | SUN. 12.9.16000373 |
| 204085479 | 4/4/2016 | $ 4,444.00 | SUN. 12.9.16000372 |
| 325964645 | 4/18/2016 | $ 5,000.00 | SUN. 12.9.16000371 |
| 325964642 | 4/18/2016 | $ 4,444.00 | SUN. 12.9.16000370 |
| 326007954 | 5/18/2016 | $ 5,000.00 | SUN. 12.9.16000369 |
| 326007952 | 5/18/2016 | $ 4,444.00 | SUN. 12.9.16000368 |
| 326064519 | 6/28/2016 | $ 5,000.00 | SUN. 12.9.16000367 |
| 326064518 | 6/28/2016 | $ 4,444.00 | SUN. 12.9.16000366 |
| 326109553 | 7/29/2016 | $ 5,000.00 | SUN. 12.9.16000380 |
| 326109551 | 7/29/2016 | $ 4,444.00 | SUN. 12.9.16000379 |
| 326158478 | 9/1/2016 | $ 5,000.00 | SUN. 12.9.16000377 |
| 326158475 | 9/1/2016 | $ 4,444.00 | SUN. 12.9.16000378 |
| 326189398 | 9/27/2016 | $ 5,000.00 | SUN. 12.9.16000376 |
| 326189394 | 9/27/2016 | $ 4,444.00 | SUN. 12.9.16000375 |
| 204130836 | 10/17/2016 | $ 18,255.50 | SUN. 12.9.16000390 |
| 326230721 | 10/27/2016 | $ 5,000.00 | SUN. 12.9.16000389 |
| 326230720 | 10/27/2016 | $ 4,444.00 | SUN. 12.9.16000388 |
| 326267708 | 11/22/2016 | $ 20,000.00 | SUN. 12.9.16000387 |
| 326267704 | 11/22/2016 | $ 5,000.00 | SUN. 12.9.16000386 |
| 326267701 | 11/22/2016 | $ 4,444.00 | SUN. 12.9.16000385 |
| 326339910 | 12/21/2016 | $ 18,000.00 | SUN. 12.9.16000391 |
| 326339906 | 12/21/2016 | $ 5,000.00 | SUN. 12.9.16000384 |
| 326339903 | 12/21/2016 | $ 4,444.00 | SUN. 12.9.16000383 |
| 204148192 | 12/27/2016 | $ 18,000.00 | SUN. 12.9.16000382 |
| **Total** | | **$ 196,471.50** | |
| **AR 5500 Benefits Paid** | | **$ 62,550.00** | |
| **Loss** | | **$ 133,921.50** | |

**2017 Activity**

| | | | | |
|---|---|---|---|---|
| 326403508 | 2/2/2017 | $ | 4,444.00 | SunTrust2018000203 & SunTrust2018000204 |
| 326403509 | 2/2/2017 | $ | 5,000.00 | SunTrust2018000205 & SunTrust2018000206 |
| 326442329 | 3/2/2017 | $ | 4,444.00 | SunTrust2018000207 & SunTrust2018000208 |
| 326442330 | 3/2/2017 | $ | 4,444.00 | SunTrust2018000209 & SunTrust2018000210 |
| 326495122 | 4/3/2017 | $ | 5,000.00 | SunTrust2018000213 & SunTrust2018000214 |
| 326495118 | 4/3/2017 | $ | 4,444.00 | SunTrust2018000211 & SunTrust2018000212 |
| 326499614 | 4/4/2017 | $ | 8,932.91 | SunTrust2018000217 & SunTrust2018000218 |
| 326499608 | 4/4/2017 | $ | 8,932.91 | SunTrust2018000215 & SunTrust2018000216 |
| 326535454 | 5/1/2017 | $ | 4,444.00 | SunTrust2018000219 & SunTrust2018000220 |
| 326535456 | 5/1/2017 | $ | 5,000.00 | SunTrust2018000221 & SunTrust2018000222 |
| 326577949 | 6/2/2017 | $ | 4,444.00 | SunTrust2018000223 & SunTrust2018000224 |
| 326577950 | 6/2/2017 | $ | 5,000.00 | SunTrust2018000225 & SunTrust2018000226 |
| 326586248 | 6/7/2017 | $ | 11,798.93 | SunTrust2018000227 & SunTrust2018000228 |
| 326592317 | 6/13/2017 | $ | 2,701.69 | SunTrust2018000229 & SunTrust2018000230 |
| 326602204 | 6/21/2017 | $ | 3,582.62 | SunTrust2018000231 & SunTrust2018000232 |
| 326605744 | 6/26/2017 | $ | 1,720.93 | SunTrust2018000233 & SunTrust2018000234 |
| 204191281 | 6/27/2017 | $ | 28,700.00 | SunTrust2018000179 & SunTrust2018000180 |
| 204195981 | 7/24/2017 | $ | 9,000.00 | SunTrust2018000181 & SunTrust2018000182 |
| 204195982 | 7/24/2017 | $ | 9,000.00 | SunTrust2018000183 & SunTrust2018000184 |
| 204195996 | 7/24/2017 | $ | 5,000.00 | SunTrust2018000185 & SunTrust2018000186 |
| 204202478 | 8/29/2017 | $ | 4,444.00 | SunTrust2018000187 & SunTrust2018000188 |
| 204207160 | 9/18/2017 | $ | 5,000.00 | SunTrust2018000189 & SunTrust2018000190 |
| 204210814 | 10/5/2017 | $ | 5,000.00 | SunTrust2018000191 & SunTrust2018000192 |
| 204210815 | 10/5/2017 | $ | 4,444.00 | SunTrust2018000193 & SunTrust2018000194 |
| 326782257 | 11/2/2017 | $ | 5,000.00 | SunTrust2018000237 & SunTrust2018000238 |
| 326782253 | 11/2/2017 | $ | 4,444.00 | SunTrust2018000235 & SunTrust2018000236 |
| 204222763 | 12/4/2017 | $ | 5,000.00 | SunTrust2018000195 & SunTrust2018000196 |
| 204222764 | 12/4/2017 | $ | 4,444.00 | SunTrust2018000197 & SunTrust2018000198 |
| **Total** | | $ | **173,809.99** | |
| **AR 5500 Benefits Paid** | | $ | **135,187.00** | |
| **Loss** | | $ | **38,622.99** | |

**Total Loss - 2011 to 2017:** $ 786,220.34

| Estimated Losses to Plan Participants | |
|---|---|
| Loss Description | Loss Amount |
| Estimated Account Balances as of 12/31/2017 | $ 107,629.45 |
| Estimated Lost Opportunity Cost through 12/31/2020 | $ 17,728.94 |
| Estimated Amount Owed | $ 125,358.39 |

| IRC Rates for Lost Opportunity Cost Estimate | |
|---|---|
| Quarter Beginning | IRC 6621(a) Rates |
| 1/1/2018 | 4.00% |
| 4/1/2018 | 5.00% |
| 7/1/2018 | 5.00% |
| 10/1/2018 | 5.00% |
| 1/1/2019 | 6.00% |
| 4/1/2019 | 6.00% |
| 7/1/2019 | 5.00% |
| 10/1/2019 | 5.00% |
| 1/1/2020 | 5.00% |

EXHIBIT 2