Honorable Judge Woods

I misspoke when I was in your courtroom Thursday, February 27, 2020. I have been scheduled to assist at a conference in Philadelphia inclusive of March 4 and I will not be able to attend the status date on March 4.

I must add that there has been a large amount of email coming to me all in legal terms that I do not understand. I am not representing myself in this case because I am not capable or competent. As a matter of fact, every attorney we have had has been intimidated by the large government DOL and made to feel incompetent.

I am no better than those lawyers with all the experience and would harm myself trying to write up a summation and not understanding what and why I am forced to not have a trial like attorney Beglund requested.

I believe it is my right to have a trial so that all facts are known. I will be permanently harmed if this right is denied me.

Respectfully, Leroy Johnson
February 28, 2020



**RECEIVED**
FEB 28 2020
JUDGE ANDREA WOOD
U.S. DISTRICT COURT