IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRCIT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE A. SU, Acting Secretary, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>SHIRLEY T. SHERROD, *et al*,<br><br>Defendants. | CASE NO. 16-cv-04825<br><br>JUDGE ANDREA R. WOOD |

## INDEPENDENT FIDUCIARY, AMI BENEFIT PLAN ADMINISTRATORS, INC.'S MOTION FOR ADDITIONAL FEES

Independent Fiduciary, AMI Benefit Plan Administrators, Inc., through counsel, hereby move for additional fees. Specifically, this Court previously found that the Independent Fiduciary may retain such persons and firms, including attorneys, as may be reasonably required to execute its duties detailed in this Court's prior order. (June 2, 2022, Final Judgment and Order).

This Court further noted in its March 31, 2024, Entry that the award given to the Independent Fiduciary to compensate it for its reasonable fees and costs incurred to date "is not intended to account fully for the more recent request that additional funds be set aside to reimburse the Independent Fiduciary for attorneys' fees and expenses associated with defending the adversary proceeding brought against it in connection with Sherrod's bankruptcy proceeding".

In particular, Dr. Sherrod filed a lawsuit against the Independent Fiduciary in a different state in her bankruptcy proceeding, seeking an order for relief that was in contravention the powers and orders of this Court. The Independent Fiduciary was forced to obtain specialized

1

bankruptcy counsel in Charleston, South Carolina, in order to protect the plan and the plan participants.

The Independent Fiduciary protected the plan and the plan participants at a great cost. In particular, the Independent Fiduciary was billed and paid, to date, $24,350 across three invoices, attached as Exhibit 1 to the Declaration being filed herewith, in order to defend the plan and plan participants against Dr. Sherrod's efforts to obtain judgment against AMI in a different court.

As of the time of this writing, the adversarial proceeding filed by Dr. Sherrod has been dismissed. See Exhibit 2, attached to Declaration being filed herewith. The dismissal was predicated on the fact that neither the pension plan, nor Dr. Sherrod's future distributions from said plan are property of her bankruptcy estate.

As a result, the Independent Fiduciary hereby respectfully requests additional fees from Sherrod's portion of the Plan as a result of the bankruptcy filing.

Respectfully submitted,

*/s/ James M. Williams*
James M. Williams (0087806), *Pro Hac Vice*, of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
4775 Munson Street, N.W./P.O. Box 36963
Canton, Ohio 44735-6963
Phone: (330) 497-0700/Fax: (330) 497-4020
jwilliams@kwgd.com
ATTORNEYS FOR INDEPENDENT
FIDUCIARY AMI BENEFIT PLAN
ADMINISTRATORS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

- **Michael B. Brohman**
  mbrohman@ralaw.com, gharris@ralaw.com, chidocket@ralaw.com, casedocket@ralaw.com
- **Bruce C. Canetti** canetti.bruce@dol.gov, Tyree.Vivian.K@dol.gov, sol-chi@dol.gov, coleman.danelda@dol.gov
- **Trent P. Cornell** TCornell@dickinson-wright.com, ecornejo@dickinson-wright.com •
- **Leroy Johnson** Leroy_J48507@yahoo.com
- **Joseph K. Nichele** lawyers@broida-law.com
- **Shirley T. Sherrod** sshe464538@aol.com

/s/ *James M. Williams*
James M. Williams (0087806), *Pro Hac Vice*, of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.

ATTORNEYS FOR INDEPENDENT
FIDUCIARY AMI BENEFIT PLAN
ADMINISTRATORS, INC.

3