IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRCIT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE A. SU, Acting Secretary, United States Department of Labor, <br><br> Plaintiff, <br><br> vs. <br><br> SHIRLEY T. SHERROD, *et al*, <br><br> Defendants. | CASE NO. 16-cv-04825 <br><br> JUDGE ANDREA R. WOOD |

### DECLARATION OF JAMES WILLIAMS IN SUPPORT OF INDEPENDENT FIDUCIARY, AMI BENEFIT PLAN ADMINISTRATORS, INC.'S MOTION FOR ADDITIONAL FEES

I, James M. Williams, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am counsel for Independent Fiduciary, AMI Benefit Plan Administrators, Inc. ("AMI").

2. I respectfully submit this declaration in support of AMI's Motion for Additional Fees.

3. **Exhibit 1** contains true and accurate copies of the invoices received by AMI from bankruptcy counsel, which have been fully paid by AMI.

4. **Exhibit 2** is a true and accurate non-certified copy of the bankruptcy order dismissing the bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

1

4855-6295-0296, v. 1

Executed May 1, 2024

/s/ *James M. Williams*
James M. Williams (0087806), *Pro Hac Vice*, of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
4775 Munson Street, N.W./P.O. Box 36963
Canton, Ohio 44735-6963
Phone: (330) 497-0700/Fax: (330) 497-4020
jwilliams@kwgd.com
ATTORNEYS FOR INDEPENDENT
FIDUCIARY AMI BENEFIT PLAN
ADMINISTRATORS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May, 2024, a copy of the foregoing was filed electronically and notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *James M. Williams*
James M. Williams (0087806), *Pro Hac Vice*, of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
ATTORNEYS FOR INDEPENDENT
FIDUCIARY AMI BENEFIT PLAN
ADMINISTRATORS, INC.



**WALKER GRESSETTE LINTON** LLC

P.O. Box 22167
Charleston, SC 29413
Phone: (843) 727-2200

Invoice # 11156
Date: 03/05/2024
Due Upon Receipt

AMI Benefit Plan Administrators, Inc.

**8459.001**

**AMI Benefit Plan Administrators, Inc. in Shirley Sherrod's bankruptcy case**

| Date | Time Keeper | Notes | Hours |
|---|---|---|---|
| 02/05/2024 | CPS | Review case filings in ILL action relevant to SC bankruptcy case. | 0.70 |
| 02/06/2024 | CPS | Review SC and ILL case filings (.5); research jurisdiction and other bankruptcy issues regarding debtor's turnover action against AMI (1.0).. | 1.50 |
| 02/07/2024 | CPS | Analyze ILL and SC court filings (.8); research complex issues (2.2) regarding ERISA litigation and chapter 13 bankruptcy (including turnover, defenses, grounds for dismissal or abstention, estate property, exemptions, and other matters). | 3.00 |
| 02/07/2024 | CPS | Correspondence with counsel for chapter 13 trustee (Beth Renno) regarding bankruptcy issues. | 0.10 |
| 02/08/2024 | CPS | Analyze ILL and SC court filings (.6); continue research of complex issues (1.5) regarding ERISA litigation and chapter 13 bankruptcy (including turnover, defenses, grounds for dismissal or abstention, estate property, exemptions, and other matters); call with chapter 13 trustee's counsel (Beth Renno)(.6) and multiple correspondence with client (Pam Shoup) and AMI's ILL counsel (Jim Williams)(.8) regarding foregoing matters. | 3.50 |
| 02/09/2024 | CPS | Continue research of complex issues (1.5) regarding ERISA litigation and chapter 13 bankruptcy (including turnover, defenses, grounds for dismissal or abstention, estate property, exemptions, and other matters); call with Sherman's SC counsel (Reid Dyer)(.3) and further correspondence with client (Pam Shoup) and AMI's ILL counsel (Jim Williams)(.2) regarding foregoing matters. | 2.00 |
| 02/12/2024 | CPS | Review ILL and SC case materials, and research issues regarding motion to dismiss or abstain in turnover action filed by Debtor against AMI. | 1.00 |
| 02/13/2024 | CPS | Review ILL and SC case materials, and research issues regarding motion to dismiss or abstain in turnover action filed by Debtor against AMI (1.4). Review filings by Debtor and Sherman in SC case (.3). Correspondence with client and Williams regarding SC filings and Rule 7007 corporate statement for AMI (.3). Begin drafting Motion to Dismiss/Abstain, Memo in Support, and corporate statement (1.0). | 3.00 |
| 02/14/2024 | CPS | Work on draft Motion and Memo in Support seeking dismissal or abstention regarding turnover Complaint. | 1.50 |
| 02/15/2024 | CPS | Review recent bankruptcy case filings (.2); continue drafting Motion and Memo in Support seeking dismissal or abstention regarding turnover Complaint (4.3). | 4.50 |
| 02/16/2024 | CPS | Review bankruptcy case filings (.1); finish drafting Motion and Memo in Support seeking dismissal or abstention regarding turnover Complaint (2.0), and correspondence with client and Jim Williams (.2). | 2.30 |
| 02/19/2024 | CPS | Final review and filing of motion documents, review bankruptcy docket, and correspondence with client and Jim Williams. | 0.80 |

**EXHIBIT 1**

| Date | | Description | Hours |
|---|---|---|---|
| 02/20/2024 | CPS | Review hearing notice on MTD and other bankruptcy case filings and matters pertaining to March 7 hearing on proposed chapter 13 Plan and disputes between debtor and Sherman. | 0.30 |
| 02/23/2024 | CPS | Review bankruptcy case filings, including Debtor's Supplemental Brief, Sherman's Brief, and Trustee's Statement of Dispute, and transmit to client and co-counsel (Williams) with comments. | 0.50 |
| 02/26/2024 | CPS | Review bankruptcy case filings (.2), and correspondence with client and Jim Williams regarding 2/29 ILL hearing and 3/7 bankruptcy court hearings (.2). | 0.40 |
| 02/28/2024 | CPS | Review bankruptcy court order regarding March 7 hearings. | 0.10 |
| 02/29/2024 | CPS | Correspondence with client and Jim Williams regarding postponement of ILL hearing and March 7 bankruptcy hearing matters. | 0.20 |
| | | **Hours** | **25.4** |

| Time Keeper | Position | Hours | Rate | Total |
|---|---|---|---|---|
| Charles P. Summerall, IV | Partner | 25.4 | $500.00 | $12,700.00 |
| | | **Total Hours** | | **25.4** |
| | | | **Subtotal** | **$12,700.00** |
| | | | **Total** | **$12,700.00** |

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $12,700.00 | ) - ( | $0.00 | ) = | $12,700.00 |

Please make all amounts payable to Walker Gressette & Linton, LLC
Federal Identification # 81-3515374



WALKER GRESSETTE LINTON LLC

P.O. Box 22167
Charleston, SC 29413
Phone: (843) 727-2200

Invoice # 10923
Date: 02/05/2024
Due Upon Receipt

AMI Benefit Plan Administrators, Inc.

8459.001

**AMI Benefit Plan Administrators, Inc. in Shirley Sherrod's bankruptcy case**

| Date | Time Keeper | Notes | Hours |
|---|---|---|---|
| 01/16/2024 | CPS | Initial call with Jim Williams (.4) and correspondence with Williams and Pam Shoup (.3) regarding case background and Sherrod bankruptcy issues. Initial review of filings in Sherrod's chapter 13 case and the adversary Complaint (1.3). | 2.00 |
| 01/17/2024 | CPS | Work on case background and SC bankrptcy matters, including: initial review of Illinois litigation and review SC bankruptcy filings (1.2); call with client (Pam Shoup) and co-counsel (Jim Williams)(1.1); call with debtor's counsel (Michael Conrady)(.4); call with Michael Sherman's counsel (Reid Dyer)(.5). | 3.20 |
| 01/18/2024 | CPS | Analyze bankruptcy case materials (.5). Prepare and file 2 Notices of Appearance (.4). Review revised local rules and draft Consent Order granting extension to respond to Complaint (.5). Multiple correspondence with client (Shoup) and co-counsel (Williams) regarding bankruptcy and Illinois case matters (.8). Correspondence with Debtor's counsel (Conrady) regarding proposed extension Order (.2). | 2.40 |
| 01/19/2024 | CPS | Work on SC adversary proceeding matters, including review of Rule 7004 service requirements (.2); multiple correspondence with Conrady (.6), and with client (Shoup) and co-counsel (Williams)(.6), regarding debtor's refusal to agree to response extension, improper service, Conrady's request for re-issuance of Summons, my agreement to accept service of re-issued Summons, and other procedural matters. | 1.40 |
| 01/22/2024 | CPS | Correspondence with Williams regarding ILL lawsuit issues (.2). Review re-issued Summons and correspondence to client and Williams regarding 2/21 response date (.2). | 0.40 |
| 01/23/2024 | CPS | Review email from Williams and ILL case filings. | 0.30 |
| 01/24/2024 | CPS | Prepare and file Acceptance of Service of Re-Issued Summons and Complaint (.2). Review bankruptcy case filings, including Sherman's objection to debtor's exemptions (.3). | 0.50 |
| 01/25/2024 | CPS | Correspondence with Williams regarding ILL case developments (.2); correspondence with Debtor's counsel (Conrady) regarding adversary proceeding and Sherman's objection to exemptions (.2). | 0.40 |
| 01/29/2024 | CPS | Brief review of recent bankruptcy case filings, including Debtor's response to Trustee's objection to exemption. | 0.20 |
| | | **Hours** | **10.8** |

| Time Keeper | Position | Hours | Rate | Total |
|---|---|---|---|---|
| Charles P. Summerall, IV | Partner | 10.8 | $500.00 | $5,400.00 |

| | |
|---|---:|
| Total Hours | 10.8 |
| Subtotal | $5,400.00 |
| Total | $5,400.00 |

## Statement of Account

| | Outstanding Balance | | New Charges | | | Payments Received | | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $5,400.00 | ) - ( | | $0.00 | ) = | | $5,400.00 |

Please make all amounts payable to Walker Gressette & Linton, LLC
Federal Identification # 81-3515374



Invoice # 11284
Date: 04/01/2024
Due Upon Receipt

P.O. Box 22167
Charleston, SC 29413
Phone: (843) 727-2200

AMI Benefit Plan Administrators, Inc.

8459.001

**AMI Benefit Plan Administrators, Inc. in Shirley Sherrod's bankruptcy case**

| Date | Time Keeper | Notes | Hours |
|---|---|---|---|
| 03/04/2024 | CPS | Review Joint Stmt of Dispute regarding March 7 bankruptcy hearings, and transmit to client and Williams. | 0.10 |
| 03/07/2024 | CPS | Review docket items regarding bankruptcy hearing results, and transmit to client and Jim Williams. | 0.20 |
| 03/11/2024 | CPS | Correspondence with bankruptcy court clerk, debtor's counsel (Conrady), and client regarding March 20 hearing issues and debtor's possible offer of testimony. | 0.30 |
| 03/12/2024 | CPS | Work on bankruptcy issues and 3/20 hearing matters, including: call from counsel for Trustee (Renno)(.5); call and multiple correspondence with debtor's counsel (Conrady) (.7); review court filings (.3) and multiple correspondence with judge's clerk regarding remote hearing arrangements and provide hearing Exhibits (.4); multiple correspondence with client and co-counsel (Williams regarding ILL case status, March 20 hearing, and debtor's 12/23 RMD (.6); provide RMD information to Conrady (.2); review debtor's objection to AMI's motion to dismiss/abstain (.3) and related research (.3). | 3.30 |
| 03/13/2024 | CPS | Further correspondence with judge's clerk and client regarding 3/20 court hearing. | 0.20 |
| 03/15/2024 | CPS | Review Amended Order regarding Debtor's claim of exemption and determining Plan interest is not bankruptcy estate property (.3); review bankruptcy case materials (.4) and multiple correspondence with client regarding 3/20 hearing issues (.4). | 1.10 |
| 03/18/2024 | CPS | Review bankruptcy case filings including amended Plan and Schedules. | 0.30 |
| 03/20/2024 | CPS | Review case materials and prepare for hearing on AMI's motion to dismiss/abstain (1.5). Attend court hearing (judge granted AMI's motion to dismiss)(1.2). Correspondence with client and co-counsel (Willaims) regarding judge's ruling and case status matters (.3). | 3.00 |
| 03/21/2024 | CPS | Review case materials and draft proposed Order Dismissing Adversary Proceeding Without Prejudice (2.0), and related correspondence with client and co-counsel (Williams)(.3) and with debtor's counsel (Conrady)(.2). | 2.50 |
| 03/24/2024 | CPS | Review Order denying Leroy Johnson's claim and transmit to client (.1); follow-up email to Conrady regarding proposed Order dismissing adversary proceeding (.1). | 0.20 |
| 03/25/2024 | CPS | Submit proposed Order to Judge Gasparini. | 0.10 |
| 03/26/2024 | CPS | Review signed Order dismissing adversary proceeding (.1), and correspondence with debtor's counsel (Conrady) regarding Order (.1). | 0.20 |
| 03/29/2024 | CPS | Entry for handling residual bankruptcy case-related matters on behalf of AMI. | 1.00 |

|  |  |  | Hours | 12.5 |
|---|---|---|---|---|
| Time Keeper | Position | Hours | Rate | Total |
| Charles P. Summerall, IV | Partner | 12.5 | $500.00 | $6,250.00 |
|  |  | **Total Hours** |  | 12.5 |
|  |  | **Subtotal** |  | $6,250.00 |
|  |  | **Total** |  | $6,250.00 |

## Statement of Account

| Outstanding Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| ( $0.00 | + | $6,250.00 | ) - ( | $0.00 | ) = | **$6,250.00** |

Please make all amounts payable to Walker Gressette & Linton, LLC
Federal Identification # 81-3515374

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-03221-eg |
| SHIRLEY T. SHERROD, | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| SHIRLEY T. SHERROD, | ) | Adv. Pro. No. 24-80002-eg |
| Plaintiff, | ) | |
| v. | ) | |
| AMI BENEFIT PLAN ADMINISTRATORS, INC. | ) | |
| Defendant. | ) | |

## ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE

**THIS MATTER** comes before the Court upon the Motion to Dismiss or, in the alternative, for an Order of Abstention ("Motion") filed by AMI Benefit Plan Administrators, Inc. ("AMI"), and the Objection to Motion to Dismiss ("Objection") filed by Shirley T. Sherrod ("Debtor"). A hearing on the Motion and the Objection was held on March 20, 2024. Counsel for AMI, the Debtor, and the Chapter 13 Trustee were present. Based on the record in this matter and statements of counsel for the Debtor and AMI at the hearing, the Court grants the Motion to the extent it seeks dismissal of the Complaint pursuant to F.R.C.P. Rule 12(b)(6), made applicable by F.R.B.P. Rule 7012, and this adversary proceeding is hereby dismissed without prejudice.

Debtor filed a Chapter 13 voluntary petition on October 25, 2023. On January 2, 2024, the Debtor filed this adversary proceeding against AMI. AMI is the Independent Fiduciary appointed by the United States District Court for the Northern District of Illinois (the "ERISA Court") in a

**EXHIBIT 2**

civil enforcement action under ERISA filed by the Secretary of Labor, United States Department of Labor, against the Debtor and others in 2016 (the "ERISA Case")[1] regarding an employee benefit plan entitled the Shirley T. Sherrod, M.D., P.C. Target Pension Plan ("Pension Plan"). The Debtor is one of the Pension Plan participants. The ERISA Case remains pending in the ERISA Court. Based upon documents filed in the ERISA Case and admitted into evidence at the hearing, it appears that the ERISA Case may be approaching conclusion. The next hearing in the ERISA Case is scheduled for May 1, 2024. (ERISA Case Doc. No. 384).

In her Complaint in this adversary proceeding, the Debtor asserts that: "The subject of this Complaint involves the turnover of property of the estate pursuant to 11 U.S.C. Section 542, specifically the Plaintiff's right to certain funds being held in an ERISA qualified retirement account which is being administered by [AMI]." (Complaint at par.8). The Complaint asserts two causes of action: "Turnover of property of the estate pursuant to 11 U.S.C. Section 542", and an "Accounting" of "these funds being held for her benefit by [AMI]." (Complaint at par. 35).

In the Motion, AMI requests dismissal of the Complaint with prejudice pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction, and pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted. In the alternative, AMI requests that the Court abstain from hearing this adversary proceeding pursuant to 28 U.S.C. Section 1334(c)(1). For the reasons stated at the hearing, and given the Debtor's acknowledgement that dismissal of the Complaint is appropriate pursuant to Rule 12(b)(6), the Court finds it unnecessary to address the jurisdiction and abstention issues raised in the Motion.

At the hearing, counsel for the Debtor acknowledged that the Complaint is dependent upon the subject Pension Plan funds being property of the bankruptcy estate. In its Amended Order

---

[1] The ERISA Case was previously captioned *Walsh v. Sherrod, et al.*, and is now captioned *Julie A. Su, Acting Sec. of Labor v. Sherrod et al.*, Case No. 16-cv-04825, N.D. Ill.

2

Overruling Objection to Debtor's Claim For Exemptions filed in the Chapter 13 case on March 17, 2024 (ECF No. 59), this Court, citing *Patterson v. Shumate*, 504 U.S. 753, 112 S. Ct. 2242 (1992) and other authority, determined that neither the Pension Plan nor Debtor's future distributions from it are currently property of the estate.

Because the Debtor cannot establish that necessary element to a turnover action, Debtor's counsel acknowledged at the hearing that dismissal of the Complaint is appropriate pursuant to Rule 12(b)(6). However, Debtor's counsel requested that dismissal of the Complaint be without prejudice on the basis that the nature of the Pension Plan could possibly change in the future and the Debtor's interest in the Pension Plan could possibly become property of the bankruptcy estate; in that event, the Debtor wishes to reserve the right to bring a turnover action in the future if necessary and appropriate. Without acknowledging any right of the Debtor to bring a future turnover action, counsel for AMI stated no objection to the dismissal of this adversary proceeding without prejudice.

Based upon the foregoing, it is hereby ORDERED that AMI's Motion is granted to the extent it seeks dismissal of the Complaint pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted, and this adversary proceeding is hereby dismissed without prejudice.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**03/26/2024**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 03/26/2024

3



**WALKER GRESSETTE LINTON** LLC

Invoice # 11156
Date: 03/05/2024
Due Upon Receipt

P.O. Box 22167
Charleston, SC 29413
Phone: (843) 727-2200

AMI Benefit Plan Administrators, Inc.

**8459.001**

**AMI Benefit Plan Administrators, Inc. in Shirley Sherrod's bankruptcy case**

| Date | Time Keeper | Notes | Hours |
|---|---|---|---|
| 02/05/2024 | CPS | Review case filings in ILL action relevant to SC bankruptcy case. | 0.70 |
| 02/06/2024 | CPS | Review SC and ILL case filings (.5); research jurisdiction and other bankruptcy issues regarding debtor's turnover action against AMI (1.0).. | 1.50 |
| 02/07/2024 | CPS | Analyze ILL and SC court filings (.8); research complex issues (2.2) regarding ERISA litigation and chapter 13 bankruptcy (including turnover, defenses, grounds for dismissal or abstention, estate property, exemptions, and other matters). | 3.00 |
| 02/07/2024 | CPS | Correspondence with counsel for chapter 13 trustee (Beth Renno) regarding bankruptcy issues. | 0.10 |
| 02/08/2024 | CPS | Analyze ILL and SC court filings (.6); continue research of complex issues (1.5) regarding ERISA litigation and chapter 13 bankruptcy (including turnover, defenses, grounds for dismissal or abstention, estate property, exemptions, and other matters); call with chapter 13 trustee's counsel (Beth Renno)(.6) and multiple correspondence with client (Pam Shoup) and AMI's ILL counsel (Jim Williams)(.8) regarding [redacted] | 3.50 |
| 02/09/2024 | CPS | Continue research of complex issues (1.5) regarding ERISA litigation and chapter 13 bankruptcy (including turnover, defenses, grounds for dismissal or abstention, estate property, exemptions, and other matters); call with Sherman's SC counsel (Reid Dyer)(.3) and further correspondence with client (Pam Shoup) and AMI's ILL counsel (Jim Williams)(.2) regarding [redacted] | 2.00 |
| 02/12/2024 | CPS | Review ILL and SC case materials, and research issues regarding motion to dismiss or abstain in turnover action filed by Debtor against AMI. | 1.00 |
| 02/13/2024 | CPS | Review ILL and SC case materials, and research issues regarding motion to dismiss or abstain in turnover action filed by Debtor against AMI (1.4). Review filings by Debtor and Sherman in SC case (.3). Correspondence with client and Williams regarding [redacted] (.3). Begin drafting Motion to Dismiss/Abstain, Memo in Support, and corporate statement (1.0). | 3.00 |
| 02/14/2024 | CPS | Work on draft Motion and Memo in Support seeking dismissal or abstention regarding turnover Complaint. | 1.50 |
| 02/15/2024 | CPS | Review recent bankruptcy case filings (.2); continue drafting Motion and Memo in Support seeking dismissal or abstention regarding turnover Complaint (4.3). | 4.50 |
| 02/16/2024 | CPS | Review bankruptcy case filings (.1); finish drafting Motion and Memo in Support seeking dismissal or abstention regarding turnover Complaint (2.0), and correspondence with client and Jim Williams (.2). | 2.30 |
| 02/19/2024 | CPS | Final review and filing of motion documents, review bankruptcy docket, and correspondence with client and Jim Williams. | 0.80 |

| Date | | Description | Hours |
|---|---|---|---|
| 02/20/2024 | CPS | Review hearing notice on MTD and other bankruptcy case filings and matters pertaining to March 7 hearing on proposed chapter 13 Plan and disputes between debtor and Sherman. | 0.30 |
| 02/23/2024 | CPS | Review bankruptcy case filings, including Debtor's Supplemental Brief, Sherman's Brief, and Trustee's Statement of Dispute, and transmit to client and co-counsel (Williams) with comments. | 0.50 |
| 02/26/2024 | CPS | Review bankruptcy case filings (.2), and correspondence with client and Jim Williams regarding ▬▬▬▬▬ (.2). | 0.40 |
| 02/28/2024 | CPS | Review bankruptcy court order regarding March 7 hearings. | 0.10 |
| 02/29/2024 | CPS | Correspondence with client and Jim Williams regarding ▬▬▬▬▬ | 0.20 |
| | | **Hours** | **25.4** |

| Time Keeper | Position | Hours | Rate | Total |
|---|---|---|---|---|
| Charles P. Summerall, IV | Partner | 25.4 | $500.00 | $12,700.00 |
| | | **Total Hours** | | **25.4** |
| | | | **Subtotal** | **$12,700.00** |
| | | | **Total** | **$12,700.00** |

## Statement of Account

| Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| ( $0.00 | + | $12,700.00 | ) - ( | $0.00 | ) = | **$12,700.00** |

Please make all amounts payable to Walker Gressette & Linton, LLC
Federal Identification # ▬▬▬▬▬



# WALKER GRESSETTE LINTON LLC

P.O. Box 22167
Charleston, SC 29413
Phone: (843) 727-2200

Invoice # 10923
Date: 02/05/2024
Due Upon Receipt

AMI Benefit Plan Administrators, Inc.

**8459.001**

**AMI Benefit Plan Administrators, Inc. in Shirley Sherrod's bankruptcy case**

| Date | Time Keeper | Notes | Hours |
|---|---|---|---|
| 01/16/2024 | CPS | Initial call with Jim Williams (.4) and correspondence with Williams and Pam Shoup (.3) regarding ███████████████████████████████ Initial review of filings in Sherrod's chapter 13 case and the adversary Complaint (1.3). | 2.00 |
| 01/17/2024 | CPS | Work on case background and SC bankruptcy matters, including: initial review of Illinois litigation and review SC bankruptcy filings (1.2); call with client (Pam Shoup) and co-counsel (Jim Williams)(1.1); call with debtor's counsel (Michael Conrady)(.4); call with Michael Sherman's counsel (Reid Dyer)(.5). | 3.20 |
| 01/18/2024 | CPS | Analyze bankruptcy case materials (.5). Prepare and file 2 Notices of Appearance (.4). Review revised local rules and draft Consent Order granting extension to respond to Complaint (.5). Multiple correspondence with client (Shoup) and co-counsel (Williams) regarding ███████████████ (.8). Correspondence with Debtor's counsel (Conrady) regarding proposed extension Order (.2). | 2.40 |
| 01/19/2024 | CPS | Work on SC adversary proceeding matters, including review of Rule 7004 service requirements (.2); multiple correspondence with Conrady (.6), and with client (Shoup) and co-counsel (Williams)(.6) ██████████████████████████████████. | 1.40 |
| 01/22/2024 | CPS | Correspondence with Williams regarding ████████████ (.2). Review re-issued Summons and correspondence to client and Williams regarding ████████ (.2). | 0.40 |
| 01/23/2024 | CPS | Review email from Williams and ████████. | 0.30 |
| 01/24/2024 | CPS | Prepare and file Acceptance of Service of Re-Issued Summons and Complaint (.2). Review bankruptcy case filings, including Sherman's objection to debtor's exemptions (.3). | 0.50 |
| 01/25/2024 | CPS | Correspondence with Williams regarding ████████████████ (.2); correspondence with Debtor's counsel (Conrady) regarding adversary proceeding and Sherman's objection to exemptions (.2). | 0.40 |
| 01/29/2024 | CPS | Brief review of recent bankruptcy case filings, including Debtor's response to Trustee's objection to exemption. | 0.20 |
| | | **Hours** | **10.8** |

| Time Keeper | Position | Hours | Rate | Total |
|---|---|---|---|---|
| Charles P. Summerall, IV | Partner | 10.8 | $500.00 | $5,400.00 |

| | |
|---|---:|
| Total Hours | 10.8 |
| Subtotal | $5,400.00 |
| Total | $5,400.00 |

## Statement of Account

| Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| ( $0.00 | + | $5,400.00 | ) − ( | $0.00 | ) = | $5,400.00 |

Please make all amounts payable to Walker Gressette & Linton, LLC
Federal Identification # ███████



**WALKER GRESSETTE LINTON** LLC

P.O. Box 22167
Charleston, SC 29413
Phone: (843) 727-2200

Invoice # 11284
Date: 04/01/2024
Due Upon Receipt

AMI Benefit Plan Administrators, Inc.

**8459.001**

**AMI Benefit Plan Administrators, Inc. in Shirley Sherrod's bankruptcy case**

| Date | Time Keeper | Notes | Hours |
|---|---|---|---|
| 03/04/2024 | CPS | Review Joint Stmt of Dispute regarding March 7 bankruptcy hearings, and transmit to client and Williams. | 0.10 |
| 03/07/2024 | CPS | Review docket items regarding bankruptcy hearing results, and transmit to client and Jim Williams. | 0.20 |
| 03/11/2024 | CPS | Correspondence with bankruptcy court clerk, debtor's counsel (Conrady), and client regarding March 20 hearing issues and debtor's possible offer of testimony. | 0.30 |
| 03/12/2024 | CPS | Work on bankruptcy issues and 3/20 hearing matters, including: call from counsel for Trustee (Renno)(.5); call and multiple correspondence with debtor's counsel (Conrady) (.7); review court filings (.3) and multiple correspondence with judge's clerk regarding remote hearing arrangements and provide hearing Exhibits (.4); multiple correspondence with client and co-counsel (Williams regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.6); ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to Conrady (.2); review debtor's objection to AMI's motion to dismiss/abstain (.3) and related research (.3). | 3.30 |
| 03/13/2024 | CPS | Further correspondence with judge's clerk and client regarding 3/20 court hearing. | 0.20 |
| 03/15/2024 | CPS | Review Amended Order regarding Debtor's claim of exemption and determining Plan interest is not bankruptcy estate property (.3); review bankruptcy case materials (.4) and multiple correspondence with client regarding ▓▓▓▓▓▓▓▓▓▓▓ (.4). | 1.10 |
| 03/18/2024 | CPS | Review bankruptcy case filings including amended Plan and Schedules. | 0.30 |
| 03/20/2024 | CPS | Review case materials and prepare for hearing on AMI's motion to dismiss/abstain (1.5). Attend court hearing (judge granted AMI's motion to dismiss)(1.2). Correspondence with client and co-counsel (Willaims) regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.3). | 3.00 |
| 03/21/2024 | CPS | Review case materials and draft proposed Order Dismissing Adversary Proceeding Without Prejudice (2.0), and related correspondence with client and co-counsel (Williams)(.3) and with debtor's counsel (Conrady)(.2). | 2.50 |
| 03/24/2024 | CPS | Review Order denying Leroy Johnson's claim and transmit to client (.1); follow-up email to Conrady regarding proposed Order dismissing adversary proceeding (.1). | 0.20 |
| 03/25/2024 | CPS | Submit proposed Order to Judge Gasparini. | 0.10 |
| 03/26/2024 | CPS | Review signed Order dismissing adversary proceeding (.1), and correspondence with debtor's counsel (Conrady) regarding ▓▓▓ (.1). | 0.20 |
| 03/29/2024 | CPS | Entry for handling residual bankruptcy case-related matters on behalf of AMI. | 1.00 |

| | | Hours | | 12.5 |
|---|---|---|---|---|
| Time Keeper | Position | Hours | Rate | Total |
| Charles P. Summerall, IV | Partner | 12.5 | $500.00 | $6,250.00 |
| | | Total Hours | | 12.5 |
| | | | Subtotal | $6,250.00 |
| | | | Total | $6,250.00 |

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $6,250.00 | ) - ( | $0.00 | ) = | $6,250.00 |

Please make all amounts payable to Walker Gressette & Linton, LLC
Federal Identification # ███████