# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Julie A. Su, et al.

                        Plaintiff,

v.                                                    Case No.: 1:16−cv−04825

                                                            Honorable Andrea R. Wood

Shirley T. Sherrod, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/21/2024. For the reasons stated on the record, the Independent Fiduciary's motion for final order and fees [398] is granted as unopposed. The Independent Fiduciary shall submit a proposed order to the proposed order emailbox directing the payment of fees and final distribution of funds to Dr. Sherrod. The Independent Fiduciary's motion for additional fees [388] and motion for relief from Court's entry [400] are terminated as moot. Consistent with the Final Judgment and Order Granting Injunctive Relief [278], the Independent Fiduciary's appointment shall terminate upon the final distribution of funds and completion of any related tasks. No further status hearing will be set. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.